171 A.3d 1256

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. HIRAM A. CELESTINE, A/K/A LEROY JOHNSON, LEROY A. JOHNSON, ANDRE FOSTER, ANDRE JOHNSON, ANDRE JONES, DIAMOND SIMS, ANDRE JOYNER, HIRAM CELSTINE, HIREN CELESTINE, CURTIS L. BEATON AND ANDY JOHNSON, DEFENDANT–PETITIONER.

C–220 Sept.Term 2017
079405

October 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002803–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.